FILED
07 DEC -5 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3279 IEG |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| IVAN FLORES, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | Intent to Distribute |

The grand jury charges:

Count 1

On or about November 7, 2007, within the Southern District of California, defendant IVAN FLORES did knowingly and intentionally import 50 kilograms and more, to wit: approximately 66.80 kilograms (146.96 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

DDL:fer:Imperial
12/3/07

<u>Count 2</u>

On or about November 7, 2007, within the Southern District of California, defendant IVAN FLORES did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 66.80 kilograms (146.96 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 5, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney