UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>       Plaintiff,  )<br>                                  )<br>v.                               )<br>                                  )<br>IVAN FLORES ,              )<br>                                  )<br>       Defendant .    )| CRIMINAL CASE NO.    07CR3279-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

       I, Debra R. Torres-Reyes, am a citizen of the United States and am at least eighteen years of age.  My business address is 1901 First Ave., Ste 158, San Diego, Ca 92101.

       I am not a party to the above-entitled action.  I have caused service of Defendant's Notice Of Motions and Motions on the United States Attorneys Office, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the Assistant U. S. Attorney, Aaron Clark at:

       aaron.clark@usdoj.gov, efile.dkt.gc1@usdoj.gov

Dated: January 7, 2008                           Respectfully submitted,

                                                             s/Debra R. Torres-Reyes
                                                              Debra R. Torres-Reyes
                                                              Attorney for Ivan Flores
                                                              dtr4justice@aol.com