Debra R. Torres-Reyes
1901 First Ave., Ste 152
San Diego, California 92101
(619) 237-7891
(619) 237-1156 Fax
dtr4justice@aol.com

Attorney For Ivan Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. : 07CR-3279-IEG |
| Plaintiff, ) | EX PARTE APPLICATION FOR ORDER SHORTENING TIME |
| v, ) | |
| IVAN FLORES, ) | |
| Defendant. ) | |

Defendant Ivan Flores through his attorney, Debra R. Torres-Reyes makes application for an order shortening time by one week in which to file his Notice of Motions and Motion for Discovery and Leave to File Further Motions so that Mr. Flores' Motion may be filed on January 7, 2008. The Motions Hearing date is scheduled for January 14, 2008 at 2:00 p.m. before the Honorable Irma E. Gonzalez. This application for an order shortening time is necessary as these motions were not completed in a timely manner due to a calendar mistake during the Holidays. For the foregoing reasons, counsel requests the Court sign the order shortening time.

Dated: January 7, 2008

Respectfully submitted,
s/ Debra R. Torres-Reyes
Debra R. Torres-Reyes
Attorney for Defendant Flores