UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. :  07CR-3279-IEG |
| Plaintiff, ) | ORDER |
| v, ) | |
| IVAN FLORES, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time for filing Defendant's Notice of Motions and Motions for Discovery be shortened to permit filing of said motions on January 7, 2008.

**IT IS SO ORDERED.**

**DATED: January 8, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**