UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No.07CR3279-IEG |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **IVAN ANTONIO FLORES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for filing defendant's Sentencing Summary Chart and Sentencing Exhibit in the above reference case be shorten from Monday, April 14, 2008 to today's date.

**SO ORDERED**.

**DATED: April 20, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**